RECEIVED

FEB 1 4 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| VICTOR G. BAXTER | DOCKET NO. 6:10-cv-1622 |
|     FED. REG. NO. 26713-004 | |
| V. | SECTION "P" |
| | JUDGE DOHERTY |
| WARDEN W.A. SHERROD | MAGISTRATE JUDGE HANNA |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the  record;

**IT IS ORDERED** that the petitions for *habeas corpus* filed pursuant to 28 U.S.C. §2254 be **DISMISSED WITH PREJUDICE**  because petitioner is no longer "in custody" with respect to the conviction attacked and therefore this court lacks subject matter jurisdiction to consider his claims;

**IT IS FURTHER ORDERED** that the petition for *habeas corpus* filed pursuant to 28 U.S.C. §2241 also be **DISMISSED WITH PREJUDICE** because the court lacks jurisdiction to consider those claims.

**THUS DONE AND SIGNED,** in chambers, in Lafayette,  Louisiana, on this ____ day of _February_____ , 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE