**RECEIVED**

FEB 2 8 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **VICTOR G BAXTER** | **CIVIL ACTION NO. 6:10CV1622** |
| **VERSUS** | **JUDGE DOHERTY** |
| **WARDEN USP POLLOCK** | **MAGISTRATE JUDGE HANNA** |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓  The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

__  The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lafayette, Louisiana, this 28 Day of Feb., 2011.

Rebecca F. Doherty
UNITED STATES DISTRICT JUDGE